UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRISTAN P. BROWN,

      Plaintiff,

- against -

RYCO Services LLC, ET AL.,

      Defendants.

25-cv-1316 (JGK)

<u>ORDER</u>

JOHN G. KOELTL, District Judge:

 Pursuant to 28 U.S.C. § 1447, the time for the plaintiff to move to remand the case on the basis of any defect other than lack of subject matter jurisdiction was **March 17, 2025**. To date, no motions to remand have been filed.

 The parties are directed to submit a Rule 26(f) report by **April 1, 2025**.

SO ORDERED.

Dated: New York, New York
    March 18, 2025

             _____
             John G. Koeltl
            United States District Judge