UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRISTAN P. BROWN,

                Plaintiff(s)

         25 civ 1316 (JGK)

    -against-

RYCO SERVICES, LLC, et al,

                Defendant(s).
------------------------------------------------------------X

## ORDER

The conference scheduled for Tuesday, July 1, 2025, at 3:30pm, is canceled.

**SO ORDERED.**

                                             **JOHN G. KOELTL**
                                   **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       June 25, 2025