UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————————————

TRISTAN P. BROWN,

                    Plaintiff,

     - against -

RYCO SERVICES LLC, ET AL.,

                 Defendants.

—————————————————————————————

                            25-cv-1316 (JGK)

                            ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by telephone, for a pre-motion conference on **Thursday, May 14, 2026, at 3:00 p.m.**

    Dial-in: 646-453-4442, with access code 67527833#.


SO ORDERED.

Dated:    New York, New York
           May 6, 2026

                          John G. Koeltl
                    United States District Judge