# GALLO VITUCCI KLAR
LLP

WWW.GVLAW.COM

Nadine Ibrahim
Of Counsel
Manhattan
nibrahim@gvlaw.com
212-683-7100

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____ 05/18/2026

May 18, 2026

The Hon. Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED:** The Case Management Conference in this matter scheduled for <u>Wednesday, May 27, 2026, at 2:00 p.m.</u> is hereby converted to a telephonic proceeding. Counsel for the parties are directed to call Judge Parker's teleconference line at the scheduled time. Please dial <u>(646)-453-4442, conference ID #. 484 733</u> 407

Re:     Brown v. RYCO Services LLC et al
         Docket No.: 1:25-cv-01316-JGK

**APPLICATION GRANTED**

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

05/18/2026

Dear Judge Parker:

This firm represents defendants in the above-entitled matter. I respectfully write to request that the Court convert the currently scheduled in-person hearing on May 27, 2026 at 2:00 pm to a virtual appearance. Counsel for plaintiff has been consulted and consent to this request.

The undersigned is presently approximately eight and a half months pregnant, and travel to the courthouse in Manhattan has become increasingly difficult at this stage. In light of these circumstances, defendants respectfully request the accommodation of appearing remotely for the hearing.

Thank you for the Court's consideration.

Very truly yours,

GALLO VITUCCI KLAR LLP

*Nadine Ibrahim*

Nadine Ibrahim

NI/cl

Manhattan 711 Third Avenue, Suite 500, New York, NY 10017
Westchester 3 West Main Street, Suite 302, Irvington, NY 10533   Long Island 100 Crossways Park West, Suite 305, Woodbury, NY 11797
New Jersey 3 University Plaza, Suite 402, Hackensack, NJ 07601   California 1212 Broadway Plaza, Suite 2100, Walnut Creek, CA 94596
Texas 5700 Tennyson Parkway, Suite 300, Plano, TX 75024   Georgia 1 West Courthouse Square, Suite 750, Decatur, GA 30030