USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____5/28/2026____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRISTAN BROWN,

                Plaintiff,

    -against-

RYCO SERVICES LLC, et al.,

                Defendants.

**ORDER**

**25-CV-1316 (JGK)(KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The parties in the above-captioned case appeared before the undersigned on May 27, 2026, for a case management conference.  On the record at the conference, the Court ordered the following:

- Plaintiff is to file a letter brief, regarding his request to reopen discovery, no more than four pages by **June 3, 2026**.

- Opposition is to be filed by **June 10, 2026**.

- No Reply will be permitted.

**SO ORDERED.**

DATED:     New York, New York
           May 28, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge