GUY C. GRUENBERG
(1965 - 2009)

SEAN P. KELLY
MICHAEL L. DELLA

JESSICA E. VERTULLO
(MANAGING ATTORNEY)

GK GRUENBERG KELLY DELLA
ATTORNEYS AND COUNSELORS AT LAW
WWW.NEWYORKLAWGROUP.COM
700 KOEHLER AVENUE • RONKONKOMA • NEW YORK 11779
PHONE: 631.737.4110 • FAX: 631.737.4155
EMAIL: INFO@GKNYLAW.NET

OTHER LOCATIONS: GRIFFING AVE., RIVERHEAD • PARK AVE., HUNTINGTON
N. BROADWAY, JERICHO • WATER STREET, BROOKLYN

GLENN AULETTA
(SENIOR TRIAL COUNSEL)

CHRISTOPHER PAGANO
FRANK BRAUNSTEIN
THERESA J. VIERA
JOSEPH N. TIMPANARO
EVA L. KENNEDY
DENNIS VALET
SANDHYA PRASHAD

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____________
DATE FILED: 08/10/2026

August 10, 2026

**By ECF Only**
Hon. Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Room 17D
New York, NY 10007

Re: Brown v. Ryco Service LLC
Case No.: 1:25-cv-01316

Your Honor:

The undersigned represents Plaintiff in the above titled action. The parties have reached a settlement of this matter, pending execution of settlement documents. Accordingly, it is no longer necessary to conduct the settlement conference currently scheduled for August 12, 2026 at 2:00pm. We respectfully request that the conference be cancelled and/or adjourned pending the formal submission of a stipulation of dismissal.

We thank Your Honor for your time and for making yourself available to conduct the conference. Thank you for your kind attention to this matter.

Respectfully submitted,

DENNIS C. VALET, ESQ.

**In light of the parties' representation that they have settled this matter, the Settlement Conference previously scheduled for August 12, 2026 is hereby adjourned sine die.**

**APPLICATION GRANTED**

**Hon. Katharine H. Parker, U.S.M.J.**

**08/10/2026**

cc: All parties via ECF